1
2
3
4
5
6   UNITED STATES DISTRICT COURT
7   CENTRAL DISTRICT OF CALIFORNIA
8
9   ANGELICA MARIA ESTRADA QUEZADA,   ) Case No. 5:24-cv-02076-AJR
    )
10  ) [~~PROPOSED~~]
    Plaintiff,   ) **JUDGMENT**
11  vs.   )
12  )
13  CAROLYN COLVIN,   )
    Acting Commissioner of Social   )
14  Security,   )
    )
15  )
    Defendant.
16  _____

17  The Court hereby approves the parties' Stipulation to Voluntary Remand
18  Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
19  ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS
20  HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned
21  action is remanded to the Commissioner of Social Security for further proceedings
22  consistent with the Stipulation to Remand.
23
24  DATED: 1/14/2025                    _____
25                                     HON. A. JOEL RICHLIN
26                                     UNITED STATES MAGISTRATE JUDGE
27
28