Troy D. Monge, Esq.
Law Offices of Troy D. Monge, APC
2300 E. Katella Ave, Suite 325
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Angelica M. Estrada Quezada

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA MARIA ESTRADA QUEZADA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHELLE KING[1], Acting Commissioner of Social Security,<br><br>    Defendant. | No. 5:24-cv-02076-AJR<br><br>**[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS** |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND NINE HUNDRED THIRTY-FIVE DOLLARS and SEVENTY-EIGHT CENTS ($3,935.78), and costs under 28

---

[1] Michelle King became the Acting Commissioner of Social Security on January 20, 2025. Pursuant to Rule 25(d) of the Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

1  U.S.C. § 1920, in the amount of ZERO DOLLARS AND NO CENTS ($0.00),
2  subject to the terms of the above-referenced Stipulation.
3
4      Dated: 1/24/2025
5                                              _____
                                                THE HONORABLE A. JOEL RICHLIN
6                                               UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28